IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
WINCHESTER DIVISION

| | | |
|---|---|---|
| RAY COMER and MARY NABORS, as parents and next friend of SHELBY LEANN COMER, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | Civil Action No. 4:18-CV-58 **JURY DEMAND** |
| CLINT SHRUM in his Official Capacity as SHERIFF of GRUNDY COUNTY, TENNESSEE, TONY BEAN, in his Official Capacity as a deputy sheriff of Grundy County Tennessee, and MIKE HOLMES, individually, | ) ) ) ) ) ) | |
| Defendants. | ) | |

## JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE AND ON THE MERITS

Now come the parties in the above-styled and pursuant to Rule 41 of the *Federal Rules of Civil Procedure* file with the Court their stipulation and notice of voluntary dismissal with prejudice and on the merits Plaintiff's complaint and any and all amended complaints. The parties further announce through counsel that they have fully and finally resolved and compromised all matters that were or could have been raised and asserted in the above litigation against each other and the parties desire that the instant dismissal with prejudice and on the merits be filed of record and that the above case be dismissed with prejudice and on the merits.

Respectfully submitted,

**SPICER RUDSTROM, PLLC**

By: <u>/s/ B. Thomas Hickey, Jr.</u>
B. Thomas Hickey, Jr., BPR #019105
Attorney for Defendants Shrum and Bean
537 Market Street – Suite 203
Chattanooga, TN 37402-1241
P: (423) 756-0262
F: (423) 756-8489

**ORTALE KELLEY LAW FIRM**

By: <u>/s/ D. Andrew Saulters</u>
D. Andrew Saulters
Attorney for Defendant Holmes
330 Commerce Street, Suite 110
Nashville, TN 37201
P: (615) 780-7480
F: (615) 276-1494

By: <u>/s/ Fred C. Dance</u>
Fred C. Dance, BPR #007004
Attorney for Plaintiffs
234 First Avenue South
Franklin, TN 97064
P: (615) 794-3450
F: (615) 794-3510